# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| **JOHN MELTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:07-cv-00730** |
| **v.** | ) | **JURY DEMAND** |
| | ) | |
| **BANCINSURE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## BANCINSURE, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION

Come now the Defendant, BancInsure, Inc. ("BancInsure"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b), and hereby moves this Honorable Court for an Order dismissing the Complaint filed by the Plaintiff. As grounds, BancInsure would show that the insurance policy at issue contains a Dispute Resolution Endorsement requiring the parties to arbitrate any dispute. In the alternative, BancInsure moves the Court to stay this action pursuant to Section 3 of the Federal Arbitration Act until such arbitration has been completed.

In support of this Motion, BancInsure has contemporaneously filed a Memorandum of Law.

417136

Respectfully submitted,

_s/ Jeffrey S. Price_
Sam H. Poteet, Jr.      #10086
Jeffrey S. Price        #19550
Justin D. Wear          #23954
MANIER & HEROD, P.C.
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030 (Phone)
(615) 242-4203 (Fax)
jprice@manierherod.com

Attorneys for BancInsure

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been furnished via first class U.S. Mail upon the following on this 16th day of August, 2007.

G. Kline Preston IV, Esq.
Kline Preston Law Group
4525 Harding Road, Suite 200
Nashville TN 37205

_s/ Jeffrey S. Price_
Jeffrey S. Price        #19550

417136