UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **JOHN MELTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO.: 3:07-0730 |
| vs. | ) |
| | ) JURY DEMAND |
| **BANCINSURE, INC., (an Oklahoma Corporation).** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION FOR FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Comes the Plaintiff, John Melton, by and through counsel, and respectfully moves this Court for an Order with findings of facts and conclusions of law pursuant to Rule 52 Federal Rules of Civil Procedure. In support of said motion, the Plaintiff would state and show that since he is left with taking his case to arbitration that it would be helpful to know from the Court's ruling if the Court finds that he is covered as an insured under the policy or not. The Plaintiff recognizes that it is purely discretionary with this Court to include in its order findings of fact and conclusions of law, but he submits that under the circumstances and given the likelihood of appeal in this case findings of fact and conclusions of law would be beneficial to both parties.

For the foregoing reasons, the Plaintiff respectfully moves this Court for findings of facts and conclusions of law.

       Respectfully submitted,


       S/Kline Preston_____
       **Kline Preston Law Group, P.C.**
       **G. Kline Preston, IV  #17141**
       **4525 Harding Road, Suite 200**
       **Nashville, TN 37205**
       **(615) 620-4322**
       **Attorney for Plaintiff**


## CERTIFICATE OF SERVICE

  I hereby certify that on this the 13th day of November, 2007 served a copy of the foregoing document has been sent via US mail, postage prepaid, to the following:

Mr. Sam H. Poteet, Jr., Esq.
Mr. Jeffrey S. Price, Esq.
Mr. Justin D. Wear, Esq.
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
615-244-0030

       S/Kline Preston_____
       G. Kline Preston, IV

2
Case 3:07-cv-00730   Document 16   Filed 11/13/07   Page 2 of 2 PageID #: 80