UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN MELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:07-0730 |
| vs. | ) |
| | ) JURY DEMAND |
| BANCINSURE, INC., (an Oklahoma Corporation). | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Comes the Plaintiff, John Melton, by and through counsel and hereby gives notice that he is appealing the dismissal of his case by Order entered on the 11th day of November, 2007, docket # 14, to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

S/Kline Preston
**Kline Preston Law Group, P.C.**
**G. Kline Preston, IV #17141**
**4525 Harding Road, Suite 200**
**Nashville, TN 37205**
**(615) 620-4322**
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of December, 2007 served a copy of the foregoing document has been sent via US mail, postage prepaid, to the following:

Mr. Sam H. Poteet, Jr., Esq.
Mr. Jeffrey S. Price, Esq.
Mr. Justin D. Wear, Esq.
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
615-244-0030

S/Kline Preston
G. Kline Preston, IV