# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 12, 2008

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAR 1 4 2008

DEPUTY CLERK

Mr. Sam H. Poteet Jr.
Manier & Herod
150 Fourth Avenue, N.
Suite 2200 One Nashville Place
Nashville, TN 37219

Mr. G. Kline Preston
4525 Harding Road
Suite 200
Nashville, TN 37205-0000

Re: No. 07-6438, *John Melton v. Bancinsure, Inc.*
Originating Case No. 07-00730

Dear Counsel,

The Court issued the enclosed order today in this appeal.

Sincerely yours,

s/Audrey Crockett
Case Manager
Direct Dial No. 513-564-7032
Fax No. 513-564-7094
CA06-Team3@ca6.uscourts.gov

cc: Honorable William J. Haynes Jr.
Mr. Keith Throckmorton

Case No. 07-6438

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN MELTON,

    Plaintiff - Appellant

v.

BANCINSURE, INC., an Oklahoma Corporation,

    Defendant - Appellee

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
Deputy Clerk

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: March 12, 2008