# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOHN MELTON, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:07-0730 |
| vs. | ) |
| | ) JURY DEMAND |
| BANCINSURE, INC., (an Oklahoma Corporation). | ) |
| Defendant. | ) |

*[Handwritten order:] ORDER. This motion is DENIED as this issue is [moot?] for arbitration. [signature] 4-8-08*

## PLAINTIFF'S MOTION FOR FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Comes the Plaintiff, John Melton, by and through counsel, and respectfully moves this Court for an Order with findings of facts and conclusions of law pursuant to Rule 52 Federal Rules of Civil Procedure. In support of said motion, the Plaintiff would state and show that since he is left with taking his case to arbitration that it would be helpful to know from the Court's ruling if the Court finds that he is covered as an insured under the policy or not. The Plaintiff recognizes that it is purely discretionary with this Court to include in its order findings of fact and conclusions of law, but he submits that under the circumstances and given the likelihood of appeal in this case findings of fact and conclusions of law would be beneficial to both parties.

For the foregoing reasons, the Plaintiff respectfully moves this Court for findings of facts and conclusions of law.